

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

|  |  |  |
|---|---|---|
| CLAUDIA RODRIGUEZ ACOSTA, | § | No. 08-21-00064-CV |
| Appellant, | § | Appeal from the |
| v. | § | 388th District Court |
| ANDREW PHILLIP ACOSTA, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2016DCM2792) |
|  | § |  |

## **J U D G M E N T**

The Court has considered this cause on the Appellant's motion to dismiss the appeal and concludes the motion should be granted and the appeal should be dismissed, in accordance with the opinion of this Court. We therefore dismiss the appeal. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 28TH OF JUNE, 2021.

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.